UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS DOMINGUEZ,

        Plaintiff,                      CIVIL ACTION NO. 05 CV 72015 DT

        v.                                DISTRICT JUDGE GEORGE CARAM STEEH

CORRECTIONAL MEDICAL         MAGISTRATE JUDGE VIRGINIA MORGAN
SERVICES, ET AL.,

        Defendants.
_____/

## ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL DISCOVERY FROM DEFENDANTS CMS, DORR, HUTCHINSON & BOOMERSHINE

This matter is before the court on Plaintiff's Motion to Compel Discovery from Defendants Correctional Medical Services, Dorr, Hutchinson and Boomershine filed October 19, 2005. A hearing on the motion was held before the magistrate judge on November 28, 2005. For the reasons stated on the record, and the court noting that no response to the motion has been filed, IT IS ORDERED that the motion IS GRANTED.

Defendants shall provide supplemental responses to the interrogatories and shall provide all previously requested documents. To the extent that a privilege is claimed (attorney/client or work product), a full privilege log must be provided to plaintiff. Documents will be provided pursuant to the terms of a protective order similar to that already in place. Sanctions may be

- 1 -

imposed against defendant for frivolous claim of privilege.  All responses and documents must be provided by December 16, 2005.

  No costs to either side.

            s/Virginia M. Morgan
           VIRGINIA M. MORGAN
           UNITED STATES MAGISTRATE JUDGE

Dated:   November 30, 2005

---

## PROOF OF SERVICE

The undersigned certifies that the foregoing ORDER was served upon counsel of record via the Court's ECF System and/or U. S. Mail on November 30, 2005.

           s/Jennifer Hernandez
           Case Manager to
           Magistrate Judge Virginia M. Morgan