UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LUIS DOMINGUEZ,

  Plaintiff,

v.            Case No: 05-72015
               HON: GEORGE CARAM STEEH
               MAG. VIRGINIA MORGAN

CORRECTIONAL MEDICAL SERVICES, CRAIG HUTCHINSON,
WILLIAM OVERTON, KURT JONES, GEORGE PRAMSTALLER,
MARK BOOMERSHINE, ROBERT DORR, GERALD DeVOSS,
J. FLETCHER, SCHAFFER, GALVANCASAS, DEB HOLLINSHEAD,
NATHANIEL HOARD, CRAIG HUMPHREYS, DARYL HOFFMAN,
AND OTHER UNNAMED OFFICERS AND/OR EMPLOYEES OF
CARSON CITY CORRECTIONAL FACILITY, in their individual
and official capacities,

  Defendants.
_____/

| CHRISTOPHER TRAINOR & ASSOCIATES | JAMES T. FARRELL (P35400) |
|---|---|
| CHRISTOPHER J. TRAINOR (P42449) | JOHN G. FEDYNSKY (P65232) |
| Attorney for Plaintiff | Assistant Attorneys General |
| 9750 Highland Road | Attorneys for Defendant Fletcher |
| White Lake, MI 48386 | P.O. Box 30736 |
| (248) 886-8650 | Lansing, MI 48909 |
| | (517) 373-6434 |

_____/

## EX-PARTE ORDER REGARDING SETTLEMENT AND DISTRIBUTION OF PROCEEDS

  **THIS MATTER** having come before this Court and the Court being otherwise fully advised in the premises;

  **IT IS HEREBY ORDERED** that this matter has settled for a total settlement amount of Four Hundred Thousand Dollars ($400,000.00) and is approved.

**IT IS FURTHER ORDERED** that Plaintiff's attorney costs and fees are reasonable and are approved in the amount of $177,516.25.

**IT IS FURTHER ORDERED** that Plaintiff's portion of the settlement proceeds totaled $222,483.75 of which $50,000 must be deducted and shall be paid to the Michigan Department of Community Health to resolve a Medicaid lien; and $2,500 shall be deducted and paid to attorney Vincent Farougi for the preparation and implementation of a special needs trust. After all liens and special needs trust preparation and implementation expenses have been paid, $169,983.75 shall be paid into Plaintiff's special needs trust.

**IT IS FURTHER ORDERED** that Christopher Trainor & Associates may endorse Plaintiff's name to the settlement drafts.

**IT IS SO ORDERED.**

<u>s/George Caram Steeh</u>
**HONORABLE GEORGE CARAM STEEH**
**UNITED STATES DISTRICT JUDGE**

**Dated: March 17, 2010**

We agree to the above Order:


<u>**s/Shawn C. Cabot**</u>
Christopher J. Trainor (P42449)
Shawn C. Cabot (P64021)
Attorneys for Plaintiff
9750 Highland Road
White Lake, MI 48386
(248) 886-8650


<u>**s/with permission of Luis Dominguez**</u>
Luis Dominguez
Plaintiff